934 F.2d 1091
 Eulala SHUTE, and Russel Shute, Plaintiffs-Appellants,
v.
CARNIVAL CRUISE LINES, Defendant-Appellee.
 No. 87-4063.
 United States Court of Appeals,
Ninth Circuit.
 June 10, 1991.
 
 Gregory J. Wall, Brousseau, Wall & Jankovich, Seattle, Wash., for plaintiffs-appellants.
 Jonathan Rodriguez-Atkatz, Bogle & Gates, Seattle, Wash., for defendant-appellee.
 On Remand from the United States Supreme Court.
 Before FLETCHER, BOOCHEVER and TROTT, Circuit Judges.
 
 ORDER
 
 1
 The judgment of the district court is affirmed for the reasons set forth in Carnival Cruise Lines, Inc. v. Shute, --- U.S. ----, 111 S.Ct. 1522, 113 L.Ed.2d 622 (1991).